FILED
CHARLOTTE, NC
JAN 14 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT COURT OF NORTH CAROLINA
CASE 3:24-cv-00817 FDW-DCK

JAMAAL GITTENS

Petitioner,

Vs.

CARLA ARCHIE

Defendant

## PLANTIFFS FIRST AMENDED PETITION COMPLAINT AND NATURE SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS- 42 USC 1983/ JURISDICTIONAL STATMENTS/ VOIR DIRE OF THE COURT RULE 201 MANDETORY JUDICIAL NOTICE OF AJUDICATIVE FACTS

Judge Carla Archie under a color of law deprived me federally protected rights clearly articulated by the United States Constitutional, denial of substantive, Procedural Due process, opportunity to be heard which entailed a private prior agreement and conspiracy with Brock & Scout PLLC U.S v Price, 383 U.S 787(1966) and U.S v Guest 383 U.S 745(1966)

January 2023 I filed a Quiet Title in Mecklenburg county court 22-CVS-20963 because Wells Fargo Bank NA is not "Holder" the note has been securitized and submitted to an Entity Qualifying as a Remic and organized as Qualifying Special Purpose Entity 26 U.S Code § 860G Wells Fargo Bank NA, PHH mortgage service, didn't respond to the service of summons. I filed Motion for summary judgment. Attorney Benjamin Miliam at Bradley Arrant contacted me February 2023 concerning an allege debt owed to Wells Fargo Bank NA

I told him a Quite Title has been filed against Wells Fargo Bank NA, which they failed to respond; a motion of default has been filed, any issues he has, needs to be addressed with Mecklenburg court. Attorney Miliam transferred case to western district court, to challenge my claim to title, never Argued that Wells Fargo Bank NA was Holder of the note, the case was dismissed February 2023 3:23-CV-00052, we was ordered to settle

June 2, 2023 superior court Judge Carla Archie sent an order direction action; I responded with a motion for summary judgment; the defendants never contested it. January 25, 2024 I called to check the status of my cases, the clerk of court said it was dismissed December 18, 2023, I was referred to come in, speak with case management. January 26, 2024 I spoke with Elizabeth Graham I was informed that my case was dismissed because federal court had jurisdiction; the case was dismissed February 2023 3:23-CV-00052-KDB I also was told that Judge Carla Archie ordered the dismissal, Elizabeth Graham said reason for dismissal, was based off attorney Miliam motion, claiming federal court had jurisdiction A Judge's private, prior agreement to decide in favor of one party is not a judicial act Rankin v Howard 633 F.2d 844(9th) Dykes v Housemann, 743 F.2d 1488 (11th Cir. 1980) January 29, 2024 A foreclosure was commenced against my properly by Brock & Scout PLLC, the proceedings has been transfer pursuant to 28 U.S Code § 1443 An order isn't enforceable until it is reduced to writing, signed by the judge, filed with the clerk of court Carland V Branch 164 NC App, 403 (N.C ct App.2004) Carla Archie dismissal without notice denies substantive, procedural Due process she's well aware there isn't any federal jurisdiction; because an order directing action was sent which I responded (Attached Document) judge Archie conspired with defendants to deny me due process under a color of law; ceased my petition, so I can get foreclosed on

The audio file I submitted to this court, demonstrates that there's a relationship between the courts, Brock & Scout who's commencing foreclosure against my property, circumstantial evidence can be drawn. Judge Carla Archie was served May 23, 2024 by Mecklenburg county sheriff; she failed to respond to the complaint within 30 days I filed a motion for default judgment, my motion was withheld, so defendant could file their motion, a hearing was scheduled, I objected, Demanded a trial by jury as in my initial pleading, the clerk dismissed my complaint under a unprecedented rule of law in civil procedure, to relieve Judge Carla Archie from civil liability, Judge Carla Archie filed a motion to dismiss, claiming immunity, and that I failed to state the claim without detail, she remains silent weather a conspiracy, bribe took place, chooses not to rebuttal.

The private prior agreement to favor of wells Fargo wouldn't have been as detrimental, if she would have ruled, giving me the opportunity to appeal Civ.P Rule 54 When a judge is approached by litigants, presented with a petition, it's his duty to rule on the motion, doing so he is performing a normal judicial function, Dykes v Housman houseman 743f 2d 1488 (11 cir 1994) it's The antitheses of the "principal" and the fearless decision –making that judicial immunity exist, expectation of parties Rankin v Howard 633 F.2d 844(9th) judge was held immune from liability because an injunction was a judicial act Dennis v sparks 449, U.S 24 (1980) The jury would have to determine what judicial acts Judge Carla Archie performed to be immune I'm seeking 8 million dollars punitive damages for emotional distress; I'm currently in foreclosure having to defend title to my home

Trial by Jury Demanded

Jamaal A Gittens
1206 Marlene Street
Charlotte NC 28208

*[signature]*