UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00817-FDW-DCK

| | |
|---|---|
| JAMAAL A. GITTENS, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CARLA ARCHIE, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Renewed Motion to Proceed Without Prepaying Fees or Costs, (Doc. No. 15). For the reasons set forth below, Plaintiff's Motion is held in ABEYANCE pending the Fourth Circuit's ruling on his appeal of this Court's prior Order denying his first Motion to Proceed Without Prepaying Fees or Costs. (Doc. Nos. 5, 6.)

On September 5, 2024, Plaintiff filed a Complaint and Motion to Proceed Without Prepaying Fees or Costs with this Court. (Doc. Nos. 1, 2.) The Court promptly ruled on Plaintiff's Motion to proceed in forma pauperis, denying the Motion because of Plaintiff's pattern of engaging in frivolous litigation. (Doc. No. 5, p. 2.) Plaintiff appealed. (Doc. No. 6.) While Plaintiff's appeal is pending, this Court lacks jurisdiction to rule on "those aspects of the case involved in the appeal." See Fobian v. Storage Tech. Corp., 164 F.3d 887, 890 (4th Cir. 1999). Whether Plaintiff may proceed in forma pauperis in this case is exactly the subject of his appeal. Therefore, the Court cannot consider his renewed application until that appeal has been resolved.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed Without Prepaying Fees or Costs, (Doc. No. 15), is held in ABEYANCE.

**IT IS SO ORDERED.**

1

Signed: January 29, 2025

Frank D. Whitney
Senior United States District Judge